IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CEDRIC GREENE PLAINTIFF

v. No. 3:26-cv-273-DPM

FIRST TO SERVE DEFENDANT

# JUDGMENT

The complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

2 November 2026